UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )
SEAFOOD JUNKIE, LLC,                      )   Case No. 21-15217-TBM
                           Debtor.        )   Chapter 11
                                          )   Subchapter V

**ORDER CONFIRMING FIRST AMENDED PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER SUBCHAPTER V OF CHAPTER 11**

The First Amended Plan of Reorganization dated April 8, 2022 (Docket No. 131) under Subchapter V of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") filed by the Debtor, together with the Errata thereto (Docket No. 147) filed on June 9, 2022 (the Errata and Amended Plan are collectively referred to herein as the "Amended Plan"), having come before the Court for confirmation, the Court having considered the Debtor's offer of proof via the Declaration of Mr. Richard Manzo, the Court having reviewed the Amended Plan, the Court's file, including the pleadings and related documents therein, and the Court noting that the only objection to the Amended Plan has been withdrawn, FINDS AND ORDERS as follows:

1.   That the Debtor has complied with all applicable provisions of Chapter 11 of the Bankruptcy Code, the Amended Plan meets the requirements of 11 U.S.C. §§ 1122 and 1123. The Debtor has complied with 11 U.S.C. §§ 1190 and 1191.

2.   The provisions of Chapter 11 of the Bankruptcy Code, including Subchapter V, have been complied with, in that the Amended Plan has been proposed in good faith and not by any means forbidden by law.

3.   That all insiders involved in the Debtor's post-confirmation activities are disclosed in the Amended Plan along with their relationships to the Debtor.

4.   That there exists no governmental regulatory commission having jurisdiction over the Debtor

on setting rates and fees.

5. That each holder of a claim or interest has either accepted the Amended Plan or if rejected, the Amended Plan is fair and equitable with regard to those rejecting classes within the meaning of 11 U.S.C. § 1129(b) and each holder of a claim or interest will receive or retain under the Amended Plan property of a value, as of the effective date of the Amended Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code.

6. That all payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Amended Plan or by any other person for services or costs and expenses in or in connection with the Amended Plan or incident to the case have been fully disclosed to the Court and are reasonable or if to be fixed after confirmation of the Amended Plan will be subject to approval of the Court.

7. That all attorney fees incurred pre-confirmation shall be subject to Court approval as to reasonableness pursuant to the applicable provisions of the Bankruptcy Code.

8. That the Amended Plan has been accepted or may be confirmed as to all classes of creditors and interest holders as set forth in the Debtor's Ballot Summary previously filed with the Court.

9. That on the effective date of the Amended Plan, all property of the estate will vest in the Debtor, free and clear of all liens and claims, except as otherwise provided in the Amended Plan.

10. That confirmation of the Amended Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor.

11. The Debtor shall not, except as otherwise provided in the Amended Plan, be liable to repay

any debts which accrued prior to the date of this Order.

12. The Debtor's Amended Plan, as set forth herein, is confirmed by consent under 11 U.S.C. § 1191(a).

13. On the Effective Date of the Amended Plan, the Debtor will be discharged from any debt that arose before confirmation of the Amended Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt:

    a. imposed by the Amended Plan; or

    b. to the extent provided in § 1141(d)(6).

14. Except as provided in the Amended Plan, a discharge granted to the Debtor, (a) avoids any judgment at any time obtained to the extent that such judgment is a determination of the liability of the Debtor with respect to any debt discharged under 11 U.S.C. § 1141, whether or not discharge of such debt is waived; (b) operates as an injunction against the commencement or continuation of any action, the employment of process or any act to collect, recover or offset such debt as a personal liability of the Debtor or from property of the Debtor, whether or not discharge of such a debt has been waived.

**IT IS HEREBY ORDERED** that the Amended Plan is hereby CONFIRMED. It is

**FURTHER ORDERED** that the hearing on confirmation of the Amended Plan set for **June 22, 2022, at 2:00 p.m.** is hereby VACATED.

DATED: June 21, 2022.

BY THE COURT:

_____
Thomas B. McNamara
United States Bankruptcy Judge