Fill in this information to identify the case:

Debtor Name Seafood Junkie LLC

United States Bankruptcy Court for the: District of Colorado

Case number: 21-15217-TBM

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: May

Date report filed: 06/21/2022
MM / DD / YYYY

Line of business: Restaurant

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Richard J Manzo

Original signature of responsible party

Printed name of responsible party: Richard J Manzo

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C                Monthly Operating Report for Small Business Under Chapter 11

Debtor Name  Seafood Junkie LLC

Case number  21-15217-TBM

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____ 33.36

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.        $ _____ 98.18

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.        − $ _____ 27,156.57

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.        + $ _____ -27,156.57

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.        = $ _____ 98.18

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $ _____ 0.00

    *(Exhibit E)*

Debtor Name  Seafood Junkie LLC                              Case number 21-15217-TBM

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                              $ _____ 0.00
     *(Exhibit F)*

**5. Employees**

26.  What was the number of employees when the case was filed?                        12
27.  What is the number of employees as of the date of this monthly report?            8

**6. Professional Fees**

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00
29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00
30.  How much have you paid this month in other professional fees?                                  $ _____ 0.00
31.  How much have you paid in total other professional fees since filing the case?                 $ _____ 0.00

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected** | | Column B<br>**Actual** | | Column C<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 110,000.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 98,910.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 1,090.00 | − | $ 0.00 | = | $ 0.00 |

35.  Total projected cash receipts for the next month:                     $ _____ 0.00
36.  Total projected cash disbursements for the next month:              − $ _____ 0.00
37.  Total projected net cash flow for the next month:                    = $ _____ 0.00

Debtor Name <u>Seafood Junkie LLC</u>

Case number <u>21-15217-TBM</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Attachment for Monthly Operating Report**
May 2022

Due to labor constraints, among other issues, the Debtor's restaurant was not open for business during May of 2022. In May of 2022, the Debtor obtained funding from Mr. Manzo in the amount of $100,000 which was approved by the Court on June 3, 2022. On June 10, 2022, the Debtor reopened its restaurant for normal business operations.

Answers to Questionnaire

1.  The restaurant did not operate during May 2022.
2.  The restaurant could not open in May 2022 due to labor shortages and funding necessary to cure certain post-petition expenses, as well as order all new food inventory.
3.  Mr. Manzo paid several expenses of the Debtor during May of 2022. However, some expenses remained unpaid. A schedule of these expenses is attached to this Report.
5.  The Debtor did have a DIP account open in May of 2022. But as there were no revenues, no funds were deposited into the DIP account.
10. The Debtor did have an account at PNC which was closed once the Wells Fargo DIP account was established.
15. Mr. Manzo advanced approximately $38,000 through April 2022 to pay the Debtor's post-petition expenses, including sales taxes, payroll taxes, rents, etc.

# Initiate Business Checking<sup>SM</sup>
May 31, 2022 ■ Page 1 of 3



SEAFOOD JUNKIE LLC
DBA MANZO LOBSTER & OYSTER BAR
DEBTOR IN POSSESSION
CH11 CASE #21-15217 (CO)
875 DAKOTA LN
ERIE CO 80516-6572

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo
Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options
*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | -$491.84 |
| Deposits/Credits | 600.00 |
| Withdrawals/Debits | - 10.00 |
| Ending balance on 5/31 | $98.16 |

Account number:  5231452953
SEAFOOD JUNKIE LLC
DBA MANZO LOBSTER & OYSTER BAR
DEBTOR IN POSSESSION
CH11 CASE #21-15217 (CO)

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

May 31, 2022 ■ Page 2 of 3

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/12 | | eDeposit IN Branch/Store 05/12/22 04:53:47 PM 1137 E South Boulder Rd Louisville CO | 600.00 | | 108.16 |
| 5/31 | | Monthly Service Fee | | 10.00 | 98.16 |
| Ending balance on 5/31 | | | | | 98.16 |
| Totals | | | $600.00 | $10.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2022 - 05/31/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | -$105.00 ☐ |
| • Minimum daily balance | $500.00 | -$491.84 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

May 31, 2022 ■ Page 3 of 3

**WELLS FARGO**

---

## Important Information You Should Know

• To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

• In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                      $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                              TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

US Bank

| Date | | | Amount | |
|---|---|---|---|---|
| 5/10/2022 | Craigs | List | $90 | |
| 6/7/2022 | Apron | Whouse | $288.78 | |

Canvas    Bank

| Date | | | Amount | |
|---|---|---|---|---|
| 4-Jun | Rest | Depot | $166.43 | |
| 4-Jun | Denver | Beverage | $93.58 | |
| 4-Jun | Rest | Depot | $755.02 | |
| 3-Jun | Jarvico | | $1,378.83 | |
| 3-Jun | Rest | Depot | $397.30 | |
| 3-Jun | Jarvico | | $852.49 | |
| 3-Jun | Easy | Ice | $750.78 | |
| 2-Jun | United | | $115 | |
| 31-May | Service | Master | $3,719.82 | |
| 28-May | United | | $94.00 | |
| 27-May | Captive | Aire | $773.93 | |
| 21-May | United | | $342.60 | |
| 20-May | AutoChlor | Chk 106 | $374.31 | |
| 20-May | Hopper | | $508.59 | |
| 20-May | ServePro | | $2,185.00 | |
| 16-May | Xcel | Past Due | $5,387.98 | |
| 13-May | Uptown | Past Rent | $7,000.00 | Jan-May |

Canvas    Bank Joint Acct

| Date | | | Amount |
|---|---|---|---|
| 6-Jun | Easy Ice | | $250.26 |
| 6-Jun | Jarvico | | $456.29 |
| 6-Jun | Rest | Depot | $869.87 |
| 16-Jun | Chk 117 | Handyman | $153.08 |
| 16-Jun | Sysco | | $2,879.36 |
| 15-Jun | Clay | | $1,250.00 |
| 15-Jun | Training | #118 | $858.00 |
| 15-Jun | Training | #114 | $1,445.00 |
| 15-Jun | Postnet | | $58.64 |
| 14-Jun | Jarvico | | $750.86 |
| 11-Jun | Urban | Lights | $94.02 |
| 11-Jun | Natural | Grocer | $24.22 |
| 10-Jun | Rest | Depot | $1,170.15 |
| 10-Jun | Jarvico | | $567.22 |
| 10-Jun | CODR | Tax | $2,194.00 |
| 10-Jun | PayCom | Setup | $997.73 |
| 10-Jun | United | | $50.00 |
| 10-Jun | United | | $59.00 |
| 9-Jun | Argonaut | Wine | $481.45 |
| 9-Jun | CODR | Tax | $1,000.00 |
| 9-Jun | CapeCod | Shellfish | $996.80 |
| 9-Jun | Clay | #112 | $1,250.00 |

| Date | | | | | |
|---|---|---|---|---|---|
| 9-Jun | Uptown | june | $3,000.00 | | |
| 6-Jun | Comcast | Past Dave | $994.68 | | |
| 6-Jun | BestBuy | Tablet | $284.41 | | |
| 6-Jun | BestBuy | Square | $289.66 | | |
| 4-Jun | Venmo | | $500.00 | | |
| | | | | Subtotal | 48199.14 |
| Bank Transfers To | | SJ LLC | | | |
| 30-Apr | | | $10,000 | | |
| 20-May | | | $5,000 | | |
| 25-May | | | $2,000 | | |
| 23-May | | | $218.15 | Transfers | 17218.15 |
| | | | | Subtotal | $65,417.29 |
| | | | Prior Post | Petition | $38,000 |
| | | | total Post | Petition | $103,417.29 |