**Fill in this information to identify the case:**

Debtor Name: Seafood Junkie, LLC

United States Bankruptcy Court for the: District of Colorado

Case number: 21-152177-TBM

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 06/21/22

Date report filed: 2/15/23
MM / DD / YYYY

Line of business: Restaurant

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Richard J. Manzo, Owner

Original signature of responsible party: /s/ Richard J. Manzo

Printed name of responsible party: Richard J. Manzo

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|     | Question | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 1.  | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2.  | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3.  | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4.  | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6.  | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7.  | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9.  | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Seafood Junkie, LLC                    Case number 21-152177-TBM

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 10,776.05

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    (Exhibit E)

Debtor Name  Seafood Junkie, LLC                                 Case number 21-152177-TBM

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                  $  0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              12
27. What is the number of employees as of the date of this monthly report?                                  8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $  0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  0.00
30. How much have you paid this month in other professional fees?                                          $  0.00
31. How much have you paid in total other professional fees since filing the case?                         $  0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ 10,776.05 | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                       $ _____
36. Total projected cash disbursements for the next month:                                                − $ _____
37. Total projected net cash flow for the next month:                                                     = $ _____

Debtor Name  Seafood Junkie, LLC                                    Case number 21-152177-TBM

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

568253-1031

canvas. credit union
PO Box 5238, Englewood, CO 80155-5238

*RETURN SERVICE REQUESTED*

11/4/20 7:27 PM 2 0001031 20220703 2G02W101 ADDITONA 1 oz DOM 2G02W10000* 103964 MS

GWEN MANZO
RICHARD A MANZO
875 DAKOTA LN
ERIE CO 80516-6572

**Mortgage Update Starting June 2022**
Are you a first mortgage holder at Canvas?
Expect to see a new statement in your mailbox soon!

| Account Number | Statement Date |
|---|---|
| XXXXXX1724 | 06/30/2022 |

303.691.2345
970.416.5000
800.437.7328
canvas.org

| | |
|---|---|
| **Share Savings** | $73,753.40 |
| **Checking** | $3,217.37 |
| **Money Market** | $0.00 |
| **Certificates & IRA's** | $0.00 |
| **Auto** | $0.00 |
| **Other** | $0.00 |
| **Line of Credit** | $0.00 |
| **Home Loans** | $169,997.56 |

**ID: 00 SAVINGS ACCOUNT**

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| **06/01** | | | **Starting Balance** | | **$112,007.42** |
| 06/01 | 06/01 | DP | Transfer From Share 01<br>Level Up | 3.33 | 112,010.75 |
| 06/02 | 06/02 | DP | Transfer From Share 01<br>Level Up | 0.49 | 112,011.24 |
| 06/03 | 06/03 | DP | Transfer From Share 01<br>Level Up | 0.55 | 112,011.79 |
| 06/03 | 06/03 | WD | Home Banking Transfer To Share 01<br>Mobile Transfer | -7,000.00 | 105,011.79 |
| 06/04 | 06/04 | DP | Transfer From Share 01<br>Level Up | 1.60 | 105,013.39 |
| 06/06 | 06/06 | DP | Transfer From Share 01<br>Level Up | 1.97 | 105,015.36 |
| 06/07 | 06/07 | DP | Transfer From Share 01<br>Level Up | 2.48 | 105,017.84 |
| 06/07 | 06/07 | WD | Home Banking Transfer To Share 01<br>Mobile Transfer | -4,000.00 | 101,017.84 |
| 06/08 | 06/08 | WD | Home Banking Transfer To Share 01<br>Mobile Transfer | -8,000.00 | 93,017.84 |
| 06/09 | 06/09 | DP | Transfer From Share 01<br>Level Up | 0.32 | 93,018.16 |
| 06/10 | 06/10 | DP | Transfer From Share 01<br>Level Up | 1.05 | 93,019.21 |
| 06/11 | 06/11 | DP | Transfer From Share 01<br>Level Up | 1.90 | 93,021.11 |
| 06/13 | 06/13 | DP | Transfer From Share 01<br>Level Up | 1.81 | 93,022.92 |
| 06/13 | 06/13 | WD | by Check | -1,303.00 | 91,719.92 |
| 06/14 | 06/14 | DP | Transfer From Share 01 | 1.35 | 91,721.27 |

LEGEND: **DP** = Deposit • **WD** = Withdrawal • **LA** = Loan Advance • **LP** = Loan Payment • **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.

## Checking Reconcilement — This Form is Provided to Assist You In Balancing Your Checking Account

| CHECK NUMBER | AMOUNT | OTHER DEBITS | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL > | |

PERIOD ENDING

1. SUBTRACT from your check register any charges listed on this statement which you have not previously deducted from your BALANCE. Also add any DIVIDEND.

| | | |
|---|---|---|
| 2. | Enter BALANCE shown on this statement here | $ |
| 3. | Enter DEPOSITS made later than the ENDING DATE of this statement | + $ |
| | | + $ |
| | | + $ |
| | TOTAL (2 plus 3) | $ |
| 4. | In your register check off ALL CHECKS PAID, and in area provided at left, list NUMBERS & AMOUNTS of all unpaid CHECKS/DEBITS | |
| | Subtract total checks/debits outstanding | $ |
| 5. | This amount should equal your REGISTER BALANCE | $ |

### IF YOUR ACCOUNT DOES NOT BALANCE, PLEASE CHECK THE FOLLOWING CAREFULLY

1) Is the amount of your deposits entered in your register correct?
2) Have all checks and debits been deducted from your balance?
3) Have you deducted service charges from your register balance?
4) Have you checked all additions and subtractions in your register?

### HOW TO COMPUTE YOUR FINANCE CHARGE

Each loan marked with an * or ** is open-end credit. The balances of such loan account at the beginning of the statement period, after each new loan advance (if any), after each payment or credit (if any), and at the end of the statement period are shown in the column "Balance." Each such balance figure is determined by adding to the last prior balance of a loan account the amount of a new advance on that account, or by deducting from such last prior balance the part of a loan payment or credit on that account that is allocated to reduction of principal. The Finance Charges shown on the statement accrued from the date of the last payment (computed by multiplying the daily periodic rate in effect for that period times each such balance figure during that period, times the number of days that figure is outstanding during the period that daily periodic rate was in effect) are deducted directly from each payment. The daily periodic rate and the annual percentage rate for loan accounts marked with ** are a variable rate which may change.

### YOUR BILLING RIGHTS - KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

#### Notify Us In Case of Errors or Questions About Your Statement

If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us at the address listed on your statement. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, include the following information:

1. Your name and account number.
2. The dollar amount of the suspected error and the date(s) of occurrence.
3. Describe the error and explain, if you can, why you believe there is an error.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us at least three (3) business days before the automatic payment is scheduled to occur.

#### Your Rights and Our Responsibilities After We Receive Your Written Notice

We must acknowledge your letter within thirty (30) days of receipt, unless we have corrected the error by then. Within ninety (90) days of receipt, we must either correct the error or explain why we believe the statement was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to send statements to you for the amount you question, including Finance Charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If we find that we made a mistake on your statement, you will not have to pay any Finance Charges related to any questioned amount. If we did not make a mistake, you may have to pay Finance Charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due. If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten (10) days telling us that you still refuse to pay, we must tell anyone that we report you to that you have a dispute about your statement. We must also tell you the name of anyone we reported you to. When the matter is resolved, we must notify anyone we reported you to of the resolution. If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your statement was correct.

#### Special Rule For Credit Card Purchases

If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

a) You must have made the purchase in your home state, or, if not within your home state, within 100 miles of your current mailing address; and
b) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or service.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call the number on the front of this statement or write to us at the address shown on the front of this statement if you think your statement is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than **sixty (60)** days after we sent you the **FIRST** statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and date(s) it occurred.

We will investigate your complaint and should an error be found, we will correct the error(s). If we take more than ten (10) business days to investigate your complaint, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete the investigation.

If you give us notice of an error within thirty (30) days after you make the first deposit to your account, we will have twenty (20) business days instead of ten (10) business days to credit your account should an error be found.

If the error you assert is an unauthorized Mastercard transaction, other than a cash disbursement at an ATM, we will credit your account within five (5) business days unless we determine that the circumstances or your account history warrant a delay, in which case you will receive credit within ten (10) business days.

**Please visit canvas.org/disclosures to view the Mastercard Guide to Benefits.**

NCUA

Equal Housing Opportunity

568255-1031



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

**Account Number**  **Statement Date**                                                     > **Page** 2 of 11
XXXXXX1724       06/30/2022

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---:|---:|
| **ID: 00 SAVINGS ACCOUNT (Continued)** |||||
| | | | Level Up | | |
| 06/15 | 06/15 | DP | Transfer From Share 01 | 1.86 | 91,723.13 |
| | | | Level Up | | |
| 06/16 | 06/16 | DP | Transfer From Share 01 | 1.62 | 91,724.75 |
| | | | Level Up | | |
| 06/17 | 06/17 | WD | Home Banking Transfer To Share 01 | -2,000.00 | 89,724.75 |
| | | | Mobile Transfer | | |
| 06/18 | 06/18 | DP | Transfer From Share 01 | 2.02 | 89,726.77 |
| | | | Level Up | | |
| 06/20 | 06/20 | DP | Transfer From Share 01 | 0.33 | 89,727.10 |
| | | | Level Up | | |
| 06/21 | 06/21 | DP | Transfer From Share 01 | 1.41 | 89,728.51 |
| | | | Level Up | | |
| 06/22 | 06/22 | WD | Home Banking Transfer To Share 01 | -3,000.00 | 86,728.51 |
| | | | Mobile Transfer | | |
| 06/22 | 06/22 | WD | Home Banking Transfer To Share 01 | -5,000.00 | 81,728.51 |
| | | | Mobile Transfer | | |
| 06/24 | 06/24 | WD | Home Banking Transfer To Share 01 | -4,000.00 | 77,728.51 |
| | | | Mobile Transfer | | |
| 06/25 | 06/25 | DP | Transfer From Share 01 | 2.17 | 77,730.68 |
| | | | Level Up | | |
| 06/27 | 06/27 | DP | Transfer From Share 01 | 2.68 | 77,733.36 |
| | | | Level Up | | |
| 06/28 | 06/28 | DP | Transfer From Share 01 | 0.25 | 77,733.61 |
| | | | Level Up | | |
| 06/29 | 06/29 | WD | Home Banking Transfer To Share 01 | -4,000.00 | 73,733.61 |
| | | | Mobile Transfer | | |
| 06/30 | 06/30 | DP | Transfer From Share 01 | 0.45 | 73,734.06 |
| | | | Level Up | | |
| 06/30 | 06/30 | DP | DIVIDEND | 19.34 | 73,753.40 |
| | | | Annual Percentage Yield Earned 0.100% from 04/29/2022 through 06/30/2022 | | |
| 06/30 | | | **Ending Balance for SAVINGS ACCOUNT** | | **$73,753.40** |

21 Deposit : $48.98 · 9 Withdrawal :-$-38,303.00 · Dividend YTD : $19.34

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---:|---:|
| **ID: 01 LEVEL UP CHECKING** |||||
| **06/01** | | | **Starting Balance** | | **$8,582.83** |
| 06/01 | 06/01 | WD | Debit Card Debit Card | -362.80 | 8,220.03 |



LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.

11/4/20 7:27 PM 2  C001031 20220703 2G02W101 ADDITONA 1 oz DOM 2G02W10000 163984 MS



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

| Account Number | Statement Date | | | |
|---|---|---|---|---|
| XXXXXX1724 | 06/30/2022 | | | > Page 3 of 11 |

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | **ID: 01 LEVEL UP CHECKING (Continued)** | | |
| 06/01 | 06/01 | WD | 05/30/2022 0321513322905369 536944 UPHAM HOTEL 1404 DE LA VINA ST SANTA BARBA<br>Debit Card Debit Card | -64.71 | 8,155.32 |
| 06/01 | 06/01 | WD | 05/30/2022 0821519980004943 535841 BEACH HOUSE 10 STATE STREET SANTA BARBARA<br>Transfer To Share 00<br>Level Up | -3.33 | 8,151.99 |
| 06/01 | 06/01 | WD | Debit Card Debit Card<br>05/31/2022 7621522200440965 543282 DEN PUBLIC PARKING 8500 PENA BLVD DENVER C | -112.00 | 8,039.99 |
| 06/01 | 06/01 | WD | Debit Card Debit Card<br>05/31/2022 9121522207050121 544649 AAA COLORADO INC 4100 E ARKANSAS AVE DENVE | -187.00 | 7,852.99 |
| 06/02 | 06/01 | WD | Debit Card Debit Card<br>Ticket #01699937182602<br>05/31/2022 3621522200508881 543284 UNITED 600 JEFFERSON ST HQJCM 800-932-2732 | -45.00 | 7,807.99 |
| 06/02 | 06/02 | WD | Debit Card Debit Card<br>Ticket #01699937182580<br>05/31/2022 3621522200508879 543284 UNITED 600 JEFFERSON ST HQJCM 800-932-2732 | -35.00 | 7,772.99 |
| 06/02 | 06/02 | WD | Debit Card Debit Card<br>Ticket #01699937182591<br>05/31/2022 3621522200508880 543284 UNITED 600 JEFFERSON ST HQJCM 800-932-2732 | -35.00 | 7,737.99 |
| 06/02 | 06/02 | WD | Transfer To Share 00<br>Level Up | -0.49 | 7,737.50 |
| 06/02 | 06/02 | WD | POS #215390398231<br>SAFEWAY #1667 ERIE CO | -77.45 | 7,660.05 |
| 06/03 | 06/02 | WD | Debit Card Debit Card<br>06/01/2022 1121539900096729 512074 EASY ICE 925 W WASHINGTON ST # 1 866-32794 | -750.78 | 6,909.27 |
| 06/03 | 06/03 | WD | Transfer To Share 00<br>Level Up | -0.55 | 6,908.72 |
| 06/03 | 06/03 | DP | Home Banking Transfer From Share 00<br>Mobile Transfer | 7,000.00 | 13,908.72 |
| 06/03 | 06/03 | | W/D PRENOTIFICATION FROM CO DEPT REVENUE | | |
| 06/03 | 06/03 | WD | Debit Card Debit Card<br>06/02/2022 3721532281556963 543681 PNT*JARVICO INC DBA TR 2046 MCKINLEY ST HO | -852.49 | 13,056.23 |
| 06/03 | 06/03 | WD | Debit Card Debit Card<br>06/01/2022 0121537703088160 544640 RESTAURANT DEPOT 1740 W 13TH AVE DENVER CO | -397.30 | 12,658.93 |
| 06/03 | 06/03 | WD | Debit Card Debit Card | -1,378.83 | 11,280.10 |

LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.

68257-1031



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

**Account Number**  **Statement Date**  > Page 4 of 11
XXXXXX1724  06/30/2022

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | **ID: 01 LEVEL UP CHECKING (Continued)** | | |
| | | | 06/01/2022 3721532281556962 543681 PNT*JARVICO INC DBA TR 2046 MCKINLEY ST HO | | |
| 06/04 | 06/04 | WD | Transfer To Share 00<br>Level Up | -1.60 | 11,278.50 |
| 06/04 | 06/04 | WD | Debit Card Debit Card<br>06/02/2022 0121547703089013 544640 RESTAURANT DEPOT 1740 W 13TH AVE DENVER CO | -755.02 | 10,523.48 |
| 06/04 | 06/04 | WD | Debit Card Debit Card<br>06/03/2022 8721552207680001 548071 INLET BAY 4314 S SHAROLINE DR 9702232775 C | -570.00 | 9,953.48 |
| 06/04 | 06/04 | WD | Debit Card Debit Card<br>06/03/2022 8621542200920016 550039 DENVER BEVERAGE 353 W 56TH AVE DENVER CO | -93.58 | 9,859.90 |
| 06/04 | 06/04 | WD | Debit Card Debit Card<br>06/02/2022 0121547703089162 544640 RESTAURANT DEPOT 1740 W 13TH AVE DENVER CO | -166.43 | 9,693.47 |
| 06/04 | 06/04 | WD | Debit Card Debit Card<br>06/03/2022 0721546602268524 548074 VENMO 117 BARROW STREET 8558124430 NY | -500.00 | 9,193.47 |
| 06/06 | 06/06 | WD | Transfer To Share 00<br>Level Up | -1.97 | 9,191.50 |
| 06/06 | 06/06 | WD | Debit Card Debit Card<br>06/04/2022 7921562295003428 541011 BEST BUY MHT 00002097 9369 SHERIDAN BLVD W | -289.66 | 8,901.84 |
| 06/06 | 06/06 | WD | Debit Card Debit Card<br>06/04/2022 5921560060202033 541019 ALAMO RENT-A-CAR RENTA 500 FOWLER RD GOLET | -281.21 | 8,620.63 |
| 06/06 | 06/06 | WD | Debit Card Debit Card<br>06/05/2022 7921562295000601 541010 BEST BUY 00014167 112 W 104TH AVE DENVER C | -284.41 | 8,336.22 |
| 06/06 | 06/06 | WD | POS #520127<br>WAL-MART #1045 745 US HIGHWAY 287 LAFAYETTE CO | -49.24 | 8,286.98 |
| 06/07 | 06/07 | WD | Transfer To Share 00<br>Level Up | -2.48 | 8,284.50 |
| 06/07 | 06/07 | DP | Home Banking Transfer From Share 00<br>Mobile Transfer | 4,000.00 | 12,284.50 |
| 06/08 | 06/07 | WD | Adjustment Debit Card Credit Voucher<br>Ticket #01624152070913<br>05/31/2022 9621582200470465 543284 UNITED 600 JEFFERSON ST HQJCM 800-932-2732 | 13.00 | 12,297.50 |
| 06/08 | 06/08 | DP | ACH Square Inc<br>TYPE: SDV-VRFY CO: Square Inc | 0.01 | 12,297.51 |
| 06/08 | 06/08 | WD | ACH Square Inc<br>TYPE: SDV-VRFY CO: Square Inc NAME: Richard Manzo | -0.01 | 12,297.50 |
| 06/08 | 06/08 | WD | Debit Card Debit Card | -994.68 | 11,302.82 |



LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.

11/4/20 7:27 PM 2  00010131 20220703 2G02W101 ADDITONA 1 oz DOM 2G02W10000 163984 MS



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

**Account Number**  **Statement Date**  > Page 5 of 11
XXXXXX1724        06/30/2022

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | **ID: 01 LEVEL UP CHECKING (Continued)** | | |
| | | | 06/08/2022 8621592200612265 543280 COMCAST DENVER 8000 East Iliff Ave 800-266 | | |
| 06/08 | 06/08 | WD | Check 110 Tracer 8195000000100815 | -3,000.00 | 8,302.82 |
| 06/08 | 06/08 | WD | Check 112 Tracer 8195000000103707 | -1,250.00 | 7,052.82 |
| 06/08 | 06/08 | DP | Home Banking Transfer From Share 00 Mobile Transfer | 8,000.00 | 15,052.82 |
| 06/09 | 06/09 | WD | Debit Card Debit Card 06/08/2022 2021592200170001 554655 CAPE COD SHELLFISH & S 8 SEAFOOD WAY 61742 | -996.80 | 14,056.02 |
| 06/09 | 06/09 | WD | Transfer To Share 00 Level Up | -0.32 | 14,055.70 |
| 06/09 | 06/09 | DP | ACH Square Inc TYPE: 220609P2 CO: Square Inc | 102.94 | 14,158.64 |
| 06/09 | 06/09 | WD | ACH CO DEPT REVENUE TYPE: TAXPAYMENT CO: CO DEPT REVENUE | -1,000.00 | 13,158.64 |
| 06/09 | 06/09 | WD | Debit Card Debit Card 06/08/2022 0021600091700156 554650 ARGONAUT WINE & LIQUOR 760 E COLFAX AVE DE | -481.15 | 12,677.49 |
| 06/10 | 06/09 | WD | Debit Card Debit Card Ticket #01624170953812 06/09/2022 3621602200146309 543285 UNITED 600 JEFFERSON ST HQJCM 800-932-2732 | -59.00 | 12,618.49 |
| 06/10 | 06/10 | WD | Debit Card Debit Card Ticket #01615882339120 06/09/2022 3621602200167748 543285 UNITED 600 JEFFERSON ST HQJCM 800-932-2732 | -50.00 | 12,568.49 |
| 06/10 | 06/10 | WD | Debit Card Debit Card 06/07/2022 9121601158103379 534551 Paycom 7501 W MEMORIAL RD Oklahoma City OK | -977.73 | 11,590.76 |
| 06/10 | 06/10 | WD | Transfer To Share 00 Level Up | -1.05 | 11,589.71 |
| 06/10 | 06/10 | WD | ACH CO DEPT REVENUE TYPE: TAXPAYMENT CO: CO DEPT REVENUE | -2,194.00 | 9,395.71 |
| 06/10 | 06/10 | WD | Debit Card Debit Card 06/09/2022 0721602271604155 543684 PNT*JARVICO INC DBA TR 2046 MCKINLEY ST HO | -567.22 | 8,828.49 |
| 06/10 | 06/10 | WD | Debit Card Debit Card 06/08/2022 0121607703092938 544640 RESTAURANT DEPOT 1740 W 13TH AVE DENVER CO | -1,170.15 | 7,658.34 |
| 06/11 | 06/11 | WD | Transfer To Share 00 Level Up | -1.90 | 7,656.44 |
| 06/11 | 06/11 | WD | Debit Card Debit Card 06/10/2022 0621628837039112 550031 MARCZYK FINE FOODS #1 770 E 17TH AVE DENVE | -24.95 | 7,631.49 |
| 06/11 | 06/11 | WD | Debit Card Debit Card | -24.22 | 7,607.27 |

LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your ID is an extension of your member number, which identifies each specific account you have with Canvas.


568259-1031



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

**Account Number**  **Statement Date**
XXXXXX1724  06/30/2022

> Page 6 of 11

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | **ID: 01 LEVEL UP CHECKING (Continued)** | | |
| | | | 06/10/2022 0421628837002753 265380 NATURAL GROCERS CW 1433 WASHINGTON STREET | | |
| 06/11 | 06/11 | WD | Debit Card Debit Card | -94.02 | 7,513.25 |
| | | | 06/10/2022 0921622240068809 521762 Urban Lights Denver 1393 S SANTA FE DR Den | | |
| 06/13 | 06/13 | WD | Transfer To Share 00 | -1.81 | 7,511.44 |
| | | | Level Up | | |
| 06/13 | 06/12 | WD | POS #061208438274 | -93.37 | 7,418.07 |
| | | | KING SOOP 287 AND BASE LAFAYETTE CO | | |
| 06/13 | 06/13 | WD | Debit Card Debit Card | -40.28 | 7,377.79 |
| | | | 06/11/2022 3621632200010543 543288 KUM&GO 0316 ERIE 2999 Bonanza Dr ERIE CO | | |
| 06/13 | 06/13 | DP | ACH Square Inc | 954.56 | 8,332.35 |
| | | | TYPE: 220613P2 CO: Square Inc | | |
| 06/13 | 06/13 | DP | ACH Square Inc | 4,165.46 | 12,497.81 |
| | | | TYPE: 220613P2 CO: Square Inc | | |
| 06/14 | 06/14 | WD | Transfer To Share 00 | -1.35 | 12,496.46 |
| | | | Level Up | | |
| 06/14 | 06/14 | WD | POS #061410056906 | -58.64 | 12,437.82 |
| | | | POSTNET POSTNET LAFAYETTE CO | | |
| 06/14 | 06/14 | WD | Adjustment POS #061410056906 | 58.64 | 12,496.46 |
| | | | POSTNET POSTNET LAFAYETTE CO | | |
| 06/14 | 06/14 | WD | Debit Card Debit Card | -750.86 | 11,745.60 |
| | | | 06/13/2022 4721641171675888 543687 PNT*JARVICO INC DBA TR 2046 MCKINLEY ST HO | | |
| 06/14 | 06/14 | WD | Debit Card Debit Card | -183.42 | 11,562.18 |
| | | | 06/14/2022 5621652200522745 543286 COMCAST DENVER 8000 East Iliff Ave 800-266 | | |
| 06/14 | 06/14 | WD | Debit Card Debit Card | -151.22 | 11,410.96 |
| | | | 06/13/2022 5421654400197632 543685 WM SUPERCENTER #1045 745 N US HIGHWAY 287 | | |
| 06/15 | 06/14 | WD | Recurring Withdrawal Debit Card Debit Card | -233.82 | 11,177.14 |
| | | | 06/14/2022 5621652200680315 543287 VERIZONWRLSS*RTCCR VW 899 HEATHROW PARK LN | | |
| 06/15 | 06/15 | WD | Transfer To Share 00 | -1.86 | 11,175.28 |
| | | | Level Up | | |
| 06/15 | 06/15 | WD | Debit Card Debit Card | -41.88 | 11,133.40 |
| | | | 06/14/2022 6721661151613458 543689 MOUNTAIN RIDGE ANIM HO 287 N US HIGHWAY 28 | | |
| 06/15 | 06/15 | WD | Debit Card Debit Card | -281.04 | 10,852.36 |
| | | | 06/13/2022 0921653384961965 517671 COLORADO ANIMAL SPECIA 3640 WALNUT ST BOUL | | |
| 06/15 | 06/15 | WD | Debit Card Debit Card | -58.64 | 10,793.72 |
| | | | 06/14/2022 1621659900010902 230605 POSTNET 1105 E 400 W LAFAYETTE CO | | |
| 06/15 | 06/15 | WD | Check 114 Tracer 820200000002934 | -1,445.00 | 9,348.72 |
| 06/15 | 06/15 | WD | Check 118 Tracer 820200000003574 | -858.00 | 8,490.72 |

LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.



11/4/20 7:27 PM 2  0001031 20220703 2G02W101 ADDITONA 1 oz DOM 2G02W10000 163964 MS



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

**Account Number**  **Statement Date**  > Page 7 of 11
XXXXXX1724       06/30/2022

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | **ID: 01 LEVEL UP CHECKING (Continued)** | | |
| 06/15 | 06/15 | WD | Check 119 Tracer 820200000002874 | -1,250.00 | 7,240.72 |
| 06/16 | 06/16 | WD | Transfer To Share 00<br>Level Up | -1.62 | 7,239.10 |
| 06/16 | 06/16 | WD | ACH Sysco Corporatio<br>TYPE: Payment CO: Sysco Corporatio | -2,879.36 | 4,359.74 |
| 06/16 | 06/16 | WD | Check 117 Tracer 820300000000663 | -153.00 | 4,206.74 |
| 06/17 | 06/17 | DP | ACH Square Inc<br>TYPE: 220617P2 CO: Square Inc | 858.99 | 5,065.73 |
| 06/17 | 06/17 | WD | Debit Card Debit Card<br>06/16/2022 5421684400133140 543685 WM SUPERCENTER #1045 745 N US HIGHWAY 287 | -130.09 | 4,935.64 |
| 06/17 | 06/17 | WD | Debit Card Debit Card<br>06/16/2022 7721672271691864 543689 PNT*JARVICO INC DBA TR 2046 MCKINLEY ST HO | -456.29 | 4,479.35 |
| 06/17 | 06/17 | DP | Home Banking Transfer From Share 00<br>Mobile Transfer | 2,000.00 | 6,479.35 |
| 06/17 | 06/17 | WD | POS #216800669691<br>IN GRATEF 429 VIOLET ST., GOLDEN CO | -508.60 | 5,970.75 |
| 06/18 | 06/17 | WD | Debit Card Debit Card<br>06/17/2022 2021682200110009 554655 CAPE COD SHELLFISH & S 8 SEAFOOD WAY 61742 | -1,856.80 | 4,113.95 |
| 06/18 | 06/18 | WD | Transfer To Share 00<br>Level Up | -2.02 | 4,111.93 |
| 06/18 | 06/18 | WD | Debit Card Debit Card<br>06/16/2022 0121687703098740 544640 RESTAURANT DEPOT 1740 W 13TH AVE DENVER CO | -869.87 | 3,242.06 |
| 06/20 | 06/20 | WD | Transfer To Share 00<br>Level Up | -0.33 | 3,241.73 |
| 06/20 | 06/20 | WD | Debit Card Debit Card<br>06/18/2022 7621692200035686 543284 ATT*BILL PAYMENT 208 S AKARD ST 800-288-20 | -155.99 | 3,085.74 |
| 06/20 | 06/20 | WD | Debit Card Debit Card<br>06/17/2022 1121709900013735 512077 EASY ICE 925 W WASHINGTON ST # 1 866-32794 | -250.26 | 2,835.48 |
| 06/20 | 06/20 | WD | Debit Card Debit Card<br>06/19/2022 4021710091500044 554653 ARGONAUT WINE & LIQUOR 760 E COLFAX AVE DE | -155.34 | 2,680.14 |
| 06/21 | 06/21 | WD | Transfer To Share 00<br>Level Up | -1.41 | 2,678.73 |
| 06/21 | 06/21 | DP | ACH Square Inc<br>TYPE: 220621P2 CO: Square Inc | 887.00 | 3,565.73 |
| 06/21 | 06/21 | DP | ACH Square Inc<br>TYPE: 220620P2 CO: Square Inc | 897.11 | 4,462.84 |
| 06/21 | 06/21 | DP | ACH Square Inc<br>TYPE: 220620P2 CO: Square Inc | 2,803.32 | 7,266.16 |

LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.

568261-1031



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

| Account Number | Statement Date | | > Page 8 of 11 |
|---|---|---|---|
| XXXXXX1724 | 06/30/2022 | | |

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| **ID: 01 LEVEL UP CHECKING (Continued)** | | | | | |
| 06/21 | 06/21 | WD | ACH Sysco Corporatio<br>TYPE: Payment CO: Sysco Corporatio | -1,287.83 | 5,978.33 |
| 06/21 | 06/21 | WD | Debit Card Debit Card<br>06/20/2022 0021720000014731 512700 EKIN VISION CARE, LLC 1 W FLATIRON CROSSIN | -115.00 | 5,863.33 |
| 06/21 | 06/21 | WD | Debit Card Debit Card<br>06/20/2022 9721712207190010 548079 BOULDER MED CTR BROADW 2750 BROADWAY ST BO | -50.00 | 5,813.33 |
| 06/22 | 06/22 | DP | Home Banking Transfer From Share 00<br>Mobile Transfer | 3,000.00 | 8,813.33 |
| 06/22 | 06/22 | WD | ACH CO DEPT REVENUE<br>TYPE: TAXPAYMENT CO: CO DEPT REVENUE | -500.00 | 8,313.33 |
| 06/22 | 06/22 | DP | Home Banking Transfer From Share 00<br>Mobile Transfer | 5,000.00 | 13,313.33 |
| 06/22 | 06/22 | WD | Check 115 Tracer 820900000105329 | -1,351.25 | 11,962.08 |
| 06/22 | 06/22 | WD | Check 116 Tracer 820900000105330 | -444.00 | 11,518.08 |
| 06/22 | 06/22 | | Colorado Animal Specia Pending credit/return for $2,596.46 on card 5958 | | |
| 06/23 | 06/23 | WD | ACH HarlandClarke-Li<br>TYPE: CHK ORDER CO: HarlandClarke-Li | -25.45 | 11,492.63 |
| 06/23 | 06/23 | WD | Check 152 Tracer 821000000083847 | -1,250.00 | 10,242.63 |
| 06/23 | 06/23 | WD | Check 153 Tracer 821000000084293 | -946.00 | 9,296.63 |
| 06/24 | 06/24 | WD | Debit Card Debit Card<br>06/23/2022 6621742200581888 543280 LOWES #03444* 2910 ARAPAHOE RD ERIE CO | -303.09 | 8,993.54 |
| 06/24 | 06/24 | DP | ACH Square Inc<br>TYPE: 220624P2 CO: Square Inc | 305.88 | 9,299.42 |
| 06/24 | 06/24 | WD | ACH Sysco Corporatio<br>TYPE: Payment CO: Sysco Corporatio | -28.45 | 9,270.97 |
| 06/24 | 06/24 | DP | Home Banking Transfer From Share 00<br>Mobile Transfer | 4,000.00 | 13,270.97 |
| 06/24 | 06/24 | WD | Debit Card Debit Card<br>06/22/2022 0921744422182837 517671 COLORADO ANIMAL SPECIA 3640 WALNUT ST BOUL | -4,711.81 | 8,559.16 |
| 06/24 | 06/24 | WD | Adjustment Debit Card Credit Voucher<br>06/22/2022 0921744422182874 517671 COLORADO ANIMAL SPECIA 3640 WALNUT ST BOUL | 2,596.46 | 11,155.62 |
| 06/24 | 06/24 | WD | Debit Card Debit Card<br>06/23/2022 0621752200846330 543283 TST* Colorado Campfire 400 E 19th Ave Denv | -37.60 | 11,118.02 |
| 06/24 | 06/24 | WD | Debit Card Debit Card<br>06/23/2022 9621752200637485 543289 SQ *SEAFOOD JUNKIE LLC 180 East 18th Avenu | -51.00 | 11,067.02 |
| 06/24 | 06/24 | WD | Debit Card Debit Card<br>06/22/2022 0121747703003088 544641 RESTAURANT DEPOT 1740 W 13TH AVE DENVER CO | -649.33 | 10,417.69 |
| 06/24 | 06/24 | WD | Check 154 Tracer 821000000288822 | -595.00 | 9,822.69 |
| 06/25 | 06/25 | WD | Transfer To Share 00 | -2.17 | 9,820.52 |



LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your ID is an extension of your member number, which identifies each specific account you have with Canvas.

11/4/20 7:27 PM 2  0901031 20220703 2G02W101 ADDITONA 1 oz DOM 2G02W10000 163964 MS



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

**Account Number**  **Statement Date**  > Page 9 of 11
XXXXXX1724  06/30/2022

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---:|---:|
| | | | **ID: 01 LEVEL UP CHECKING (Continued)** | | |
| | | | Level Up | | |
| 06/25 | 06/25 | WD | Debit Card Debit Card<br>06/24/2022 9021760091100059 554652 ARGONAUT WINE & LIQUOR 760 E COLFAX AVE DE | -94.14 | 9,726.38 |
| 06/25 | 06/25 | WD | Debit Card Debit Card<br>06/24/2022 1621759900001199 230606 POSTNET 1105 E 400 W LAFAYETTE CO | -51.05 | 9,675.33 |
| 06/25 | 06/25 | WD | Debit Card Debit Card<br>06/24/2022 5921750001558604 230376 CONOCO - SEI 34168 3240 VILLAGE VISTA DD E | -50.13 | 9,625.20 |
| 06/27 | 06/27 | WD | Debit Card Debit Card<br>06/24/2022 4621762200100458 543288 TST* SliceWorks Colfax 700 E Colfax Ave De | -14.75 | 9,610.45 |
| 06/27 | 06/27 | WD | Transfer To Share 00<br>Level Up | -2.68 | 9,607.77 |
| 06/27 | 06/27 | DP | ACH Square Inc<br>TYPE: 220627P2 CO: Square Inc | 1,715.63 | 11,323.40 |
| 06/27 | 06/27 | DP | ACH Square Inc<br>TYPE: 220627P2 CO: Square Inc | 2,705.87 | 14,029.27 |
| 06/27 | 06/27 | WD | Check 156 Tracer 821400000091147 | -120.00 | 13,909.27 |
| 06/28 | 06/28 | WD | Transfer To Share 00<br>Level Up | -0.25 | 13,909.02 |
| 06/28 | 06/28 | WD | ACH Sysco Corporatio<br>TYPE: Payment CO: Sysco Corporatio | -933.27 | 12,975.75 |
| 06/28 | 06/28 | WD | Debit Card Debit Card<br>06/27/2022 2621792200055808 543285 PARQWELL - BOULDER ST. 3441 Clay St DENVER | -8.00 | 12,967.75 |
| 06/28 | 06/28 | WD | Check 155 Tracer 821500000101389 | -1,268.48 | 11,699.27 |
| 06/28 | 06/28 | WD | Check 157 Tracer 821500000103992 | -3,247.00 | 8,452.27 |
| 06/28 | 06/28 | WD | Check 158 Tracer 821500000102833 | -1,300.00 | 7,152.27 |
| 06/29 | 06/29 | WD | ACH Sysco Corporatio<br>TYPE: Payment CO: Sysco Corporatio | -1,664.28 | 5,487.99 |
| 06/29 | 06/29 | WD | Debit Card Debit Card<br>06/28/2022 9721792271747659 543681 PNT*JARVICO INC DBA TR 2046 MCKINLEY ST HO | -541.55 | 4,946.44 |
| 06/29 | 06/29 | WD | Check 163 Tracer 821600000056001<br>Check 0000000163 Cleared On Us | -2,307.00 | 2,639.44 |
| 06/29 | 06/29 | WD | Debit Card Debit Card<br>06/28/2022 3621792200217574 543285 SQ *SWEET ACTION 180 East 18th Avenue Denv | -6.00 | 2,633.44 |
| 06/29 | 06/29 | DP | Home Banking Transfer From Share 00<br>Mobile Transfer | 4,000.00 | 6,633.44 |
| 06/29 | 06/29 | WD | Check 159 Tracer 821600000115275 | -847.00 | 5,786.44 |
| 06/30 | 06/29 | WD | Debit Card Debit Card<br>06/29/2022 1921800000069930 230502 POPMENU INC. 1000 Parkwood CircleSui ATLAN | -261.75 | 5,524.69 |
| 06/30 | 06/30 | WD | Debit Card Debit Card<br>06/29/2022 2021802200150002 554655 CAPE COD SHELLFISH & S 8 SEAFOOD WAY 61742 | -982.00 | 4,542.69 |

LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.

568263-1031



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

**Account Number**  **Statement Date**
XXXXXX1724      06/30/2022

> **Page** 10 of 11

| Trans | Post | Type | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| **ID: 01 LEVEL UP CHECKING (Continued)** | | | | | |
| 06/30 | 06/30 | WD | Transfer To Share 00 Level Up | -0.45 | 4,542.24 |
| 06/30 | 06/30 | WD | Debit Card Debit Card 06/28/2022 0121807703007213 544641 RESTAURANT DEPOT 1740 W 13TH AVE DENVER CO | -841.68 | 3,700.56 |
| 06/30 | 06/30 | WD | Check 162 Tracer 821700000074185 | -483.19 | 3,217.37 |
| 06/30 | | | **Ending Balance for LEVEL UP CHECKING** | | **$3,217.37** |

19 Deposit : $52,396.77 • 118 Withdrawal : $-57,762.23 • Dividend YTD : $0.00

### CHECKS CLEARED AT A GLANCE

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| **ID: 01 LEVEL UP CHECKING** | | | | | |
| 06/08/2022 | 110 | 3,000.00 | 06/08/2022 | 112* | 1,250.00 |
| 06/15/2022 | 114* | 1,445.00 | 06/22/2022 | 115 | 1,351.25 |
| 06/22/2022 | 116 | 444.00 | 06/16/2022 | 117 | 153.00 |
| 06/15/2022 | 118 | 858.00 | 06/15/2022 | 119 | 1,250.00 |
| 06/23/2022 | 152* | 1,250.00 | 06/23/2022 | 153 | 946.00 |
| 06/24/2022 | 154 | 595.00 | 06/28/2022 | 155 | 1,268.48 |
| 06/27/2022 | 156 | 120.00 | 06/28/2022 | 157 | 3,247.00 |
| 06/28/2022 | 158 | 1,300.00 | 06/29/2022 | 159 | 847.00 |
| 06/30/2022 | 162* | 483.19 | 06/29/2022 | 163 | 2,307.00 |

| Trans Date | Post Date | Trans Type | Transaction Description | Transaction Amount | Interest Amount | Other | Change to Principal | New Balance |
|---|---|---|---|---|---|---|---|---|

**ID 01 HOME EQUITY LOC**

**MAIN LINE - 0000**
  ***ANNUAL PERCENTAGE RATE 4.390%   ***Periodic Daily Rate .012027%
  The rate shown above is variable and subject to change.
| 06/01 | | | Beginning Balance | 19,997.56 | | | | |
| 06/30 | | | Ending Balance | 19,997.56 | | | | |

**1.99% PROMO - 0001**
  ***ANNUAL PERCENTAGE RATE 1.990%   ***Periodic Daily Rate .005452%
  The rate shown above is fixed.
| 06/01 | | | Beginning Balance | 150,000.00 | | | | |

LEGEND: **DP** = Deposit • **WD** = Withdrawal • **LA** = Loan Advance • **LP** = Loan Payment • **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.

11/4/20 7:27 PM 2  5001031 20220703 2G02W101 ADDITONA 1 oz DOM 2G02W10000 163964 MS



**canvas.**
credit union
PO Box 5238, Englewood, CO 80155-5238

| Account Number | Statement Date | > Page 11 of 11 |
|---|---|---|
| XXXXXX1724 | 06/30/2022 | |

| Trans Date | Post Date | Trans Type | Transaction Description | Transaction Amount | Interest Amount | Other | Change to Principal | New Balance |
|---|---|---|---|---|---|---|---|---|

**ID 01 HOME EQUITY LOC (Continued)**

| 06/30 | | | Ending Balance | 150,000.00 | | | | |
| **06/01** | | | **Beginning Balance** | | | | | **$169,997.56** |
| 06/21 | 06/21 | LP | ACH COL LOAN PAYMENT | -307.63 | 307.63 | 0.00 | 0.00 | 169,997.56 |
| | | | TYPE: CANVAS CO: COL LOAN PAYMENT SEG 0000 LP P 0.00 I 54.11 SEG 0001 LP P 0.00 I 253.52 | | | | | |
| **06/30** | | | **Ending Balance HOME EQUITY LOC** | | | | | **$169,997.56** |
| | | | Credit Limit: $175,000.00 Credit Available: $5,002.44 | | | | | |
| | | | Next payment Amount $317.49 due on 07/15/2022 | | | | | |

Interest YTD : $325.19

---

**Y-T-D SUMMARIES**

Total Dividend YTD          $19.34          Total Interest YTD          $325.19

---

LEVEL UP FOR CHARITY

$0.00

You've Level(ed) Up your giving game! This year, you've raised the above for Children's Hospital Colorado. From the bottom of our hearts, thank you!

---

LEGEND: **DP** = Deposit · **WD** = Withdrawal · **LA** = Loan Advance · **LP** = Loan Payment · **AD** = Adjustment
Your **ID** is an extension of your member number, which identifies each specific account you have with Canvas.